531 A.2d 1116

**Leon B. ULRICH, Appellant,**

v.

**OFFICE OF the ATTORNEY GENERAL OF the COMMONWEALTH OF PENNSYLVANIA by Leroy ZIMMERMAN, Attorney General, and Pennsylvania Department of Revenue, by James I. Scheiner, Secretary, Appellees.**

Supreme Court of Pennsylvania.

Argued May 13, 1987.

Decided Oct. 15, 1987.

John J. Krafsig, Jr., Harrisburg, for appellant.

Thomas C. Zerbe, Jr., Harrisburg, for appellee Atty. Gen.

Arthur F. McNulty, Lansdowne, for appellee Pa. Dept. of Revenue.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM:

AND NOW, this 15th day of October, 1987, the order and judgment of the Commonwealth Court of Pennsylvania are affirmed.